UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION


THELONIUS MATTOCKS,                        )
                                           )
                    Plaintiff,             )
                                           )          **JUDGMENT IN A CIVIL CASE**
          v.                               )
                                           )          **CASE NO. 4:20-CV-147-D**
KILOLO KIJAKAZI, Acting Commissioner of    )
Social Security,                           )
                    Defendant.             )


**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $3,605.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick Arrowood, and mailed to his office at P .0. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.


**This Judgment Filed and Entered on December 1, 2021, and Copies To:**

| | |
|---|---|
| Derrick Kyle Arrowood | (via CM/ECF electronic notification) |
| Lisa M. Rayo | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |


DATE:                                PETER A. MOORE, JR., CLERK
December 1, 2021                     (By)  /s/ Nicole Sellers
                                      Deputy Clerk