IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-CV-00147-D

| | |
|---|---|
| THELONIUS MATTOCKS,<br>    Plaintiff, | )<br>)<br>) |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | ) ORDER APPROVING ATTORNEY<br>) FEES PURSUANT TO 42 U.S.C. § 406(b)<br>)<br>)<br>) |

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $11,587.03. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has previously been awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $3,605.00.

Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $11,587.03, and refund to Plaintiff the smaller award ($3,605.00) between this amount and the EAJA award.

SO ORDERED. This __8__ day of March, 2023.

                                                  JAMES C. DEVER III
                                                UNITED STATES DISTRICT COURT JUDGE