| | |
|---|---|
| THELONIUS MATTOCKS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>)<br>)<br>Defendant. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 4:20-CV-147-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $11,587.03, and refund to Plaintiff the smaller award ($3,605.00) between this amount and the EAJA award.

**This Judgment Filed and Entered on March 8, 2023, and Copies To:**

| | |
|---|---|
| Derrick Kyle Arrowood | (via CM/ECF electronic notification) |
| Lisa M. Rayo | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |

DATE: March 8, 2023                              PETER A. MOORE, JR., CLERK

(By)  /s/ Stephanie Mann
Deputy Clerk